Marjorie M. Sikkema, Plaintiff-Appellee, v. Richard D. Sikkema, Defendant-Appellant.

Gen. No. 10,814.

Second District.

April 13, 1955.

Released for publication May 2, 1955.

 Edgar
J. Elliot, for defendant-appellant; Perry G. Callas, Oplatka, Pavic & Oplatka, and Alfred M. Loeser, for plaintiff-appellee. Opinion by JUSTICE DOVE. Not to be published in full.